**STATE of Missouri, Respondent,**

v.

**Eric OLIPHANT, Appellant.**

**No. ED 84933.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 2005.

Michelle M. Rivera, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ronald S. Ribaudo, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and NANNETTE A. BAKER, J.

1. All statutory references are to RSMo.2000,

*ORDER*

PER CURIAM.

Eric Oliphant ("Defendant") appeals from his conviction of trafficking in the second degree. A jury convicted Defendant of trafficking in the second degree, Section 195.223.[1] He was sentenced as a prior and persistent drug offender to ten years' imprisonment without the possibility of probation or parole. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

unless otherwise indicated.